1  TRINETTE G. KENT (State Bar No. 025180)
2  10645 North Tatum Blvd., Suite 200-192
   Phoenix, AZ 85028
3  Telephone:  (480) 699-8693
4  Facsimile:  (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  43 Danbury Road
   Wilton, CT 06897
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 James Hayden

13

14                UNITED STATES DISTRICT COURT

15              FOR THE DISTRICT OF ARIZONA

16 James Hayden,                          | Case No.: 2:16-cv-03997-GMS
17              Plaintiff,                 | **NOTICE OF SETTLEMENT**
18
19        vs.
20 Mercantile Adjustment Bureau, LLC,
21              Defendant.
22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 9th day of January, 2017.


LEMBERG LAW, LLC

 */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

1

2

3

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and

not a party to the above-entitled cause. On January 9, 2017, I served a true copy of

foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on January 9, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants Mercantile Adjustment Bureau, LLC**

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

Executed on January 9, 2017.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

4